```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 13412
   WILLIE MOORE
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-5500


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/27/2008 and was not confirmed.

     The case was dismissed without confirmation 07/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID            PAID
--------------------------------------------------------------------------
LASALLE BANK            CURRENT MORTG         .00          .00            .00
LASALLE BANK            SECURED NOT I    114078.38         .00            .00
RJM ACQUISITIONS        UNSECURED           115.15         .00            .00
FORD MOTOR CREDIT       SECURED NOT I     17141.53         .00            .00
PRO SE DEBTOR           DEBTOR ATTY           .00                         .00
TOM VAUGHN              TRUSTEE                                           .00
DEBTOR REFUND           REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------    --------------
TOTALS                        .00                 .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 10/29/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```